NEAL LOAN AND BANKING CO. *v.* CARR *et al.*, and *vice versa.*

1. The verdict, under the evidence and the law applicable thereto, was contrary to the truth of the case. The daughters of Mrs. Carr had no interest in her parol agreement with Neal which was not subject to her absolute control; and she, by uniting with her husband in effecting the settlement made through McCalla, bound herself and her daughters by the results of that settlement, she having acquiesced in the same until after judgment was rendered against McCalla upon the notes given by him, and up to the time when the property was sold by virtue of that judgment. By the sale the title passed to the Neal Loan and Banking Company. The numerous specific questions made in the record, many of them minute and of slight relevancy, are rendered immaterial by the controlling facts on the merits.
2. There was no error as to either of the matters excepted to in the cross-bill of exceptions.

*Judgment on the main bill of exceptions reversed; on the cross-bill affirmed.*

August 29, 1894.

Complaint for land. Before Judge RICHARD H. CLARK. Rockdale superior court. October term, 1893.

GEORGE WESTMORELAND, A. C. McCALLA and G. W. GLEATON, for plaintiff. A. M. SPEER, C. ANDERSON, R. T. DANIEL and J. R. IRWIN, for defendants.